UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Virtual Immersion Technologies LLC

vs.                                     Case No.: 6:20-cv-00609-ADA

Booz Allen Hamilton Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Jason Levine, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Booz Allen Hamilton Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Alston & Bird LLP with offices at:

    Mailing address: 950 F Street, NW
    City, State, Zip Code: Washington, DC 20004-1404
    Telephone: (202) 239-3300     Facsimile: (202) 239-3333

2. Since April 26, 1995, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York.
    Applicant's bar license number is 2657153.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | District of Columbia Bar No. 449053 | January 6, 1996 |
    | U.S. Supreme Court | March 8, 1999 |
    | Please see attached list for additional Courts. | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: **Brady Cox**

Mailing address: **Alston & Bird LLP, 2200 Ross Ave., Ste. 2300**

City, State, Zip Code: **Dallas, TX 75201**

Telephone: **(214) 922-3400**

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Jason Levine** to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jason Levine
[printed name of Applicant]

*/s/ Jason Levine*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **1st** day of **October**, **2020**.

Jason Levine
[printed name of Applicant]

*/s/ Jason Levine*
[signature of Applicant]

## ADDITIONAL LIST OF ADMITTED COURTS
## TO MOTION FOR ADMISSION PRO HAC VICE FOR JASON LEVINE

| Court | Admission Dates |
|---|---|
| U.S. Court of Appeals for the D.C. Circuit | June 20, 1996 |
| U.S. Court of Appeals for the Federal Circuit | May 3, 1995 |
| U.S. Court of Federal Claims | September 18, 2013 |
| U.S. Court of Appeals for the Fifth Circuit | May 11, 2001 |
| U.S. Court of Appeals for the Sixth Circuit | June 16, 2000 |
| U.S. Court of Appeals for the Seventh Circuit | October 1, 2004 |
| U.S. Court of Appeals for the Ninth Circuit | Unknown |
| U.S. District Court for D.C. | September 30, 1996 |
| U.S. District Court for E.D. Michigan | May 23, 2006 |
| U.S. District Court for E.D. Wisconsin | September 7, 2004 |