# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Virtual Immersion Technologies LLC

vs.                                          Case No.: 6:20-cv-00609-ADA

Booz Allen Hamilton Inc.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Jason Levine _____, counsel for

Booz Allen Hamilton Inc.
_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Jason Levine _____ may appear on behalf of Booz Allen Hamilton Inc. _____

in the above case.

IT IS FURTHER ORDERED that Jason Levine _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE