UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Virtual Immersion Technologies LLC

vs.

Case No.: 6:20-cv-00609-ADA

Booz Allen Hamilton Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Holly Hawkins Saporito**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Booz Allen Hamilton Inc.** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Alston & Bird LLP** with offices at:

   Mailing address: 1201 West Peachtree Street, Ste. 4900

   City, State, Zip Code: Atlanta, GA 30309-3424

   Telephone: (404) 881-7000    Facsimile: (404) 881-7777

2. Since **2005**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **Georgia**.

   Applicant's bar license number is **142496**.

3. Applicant has been admitted to practice before the following courts:

   Court:                                   Admission date:
   See attached list

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:20-cv-00024-ADA     on the 2nd   day of April              , 2020   .

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: __Brady Cox_____

Mailing address: __Alston & Bird LLP, 2200 Ross Ave., Ste. 2300__

City, State, Zip Code: __Dallas, TX 75201_____

Telephone: __(214) 922-3400_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of __Holly Hawkins Saporito_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Holly Hawkins Saporito
_____
[printed name of Applicant]

*[signature]*
_____
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __5th__ day of __October_____, __2020__.

Holly Hawkins Saporito
_____
[printed name of Applicant]

*[signature]*
_____
[signature of Applicant]

Holly Hawkins Saporito, Georgia Bar No. 142496

Court of Appeals for the Eleventh Circuit 2008 January
Court of Appeals for the Federal Circuit 2007 March
Court of Appeals for the Ninth Circuit 2006 December
Court of Appeals State of Georgia 2006 May
Northern District of Georgia 2006 January
Supreme Court of Georgia 2006 May
United States District Court for the Eastern District of Texas 2010 June
United States District Court for the Western District of Wisconsin 2009 October