# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Virtual Immersion Technologies LLC

vs.                                                Case No.: 6:20-cv-00609-ADA

Booz Allen Hamilton Inc.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Holly Hawkins Saporito**, counsel for **Booz Allen Hamilton Inc.**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Holly Hawkins Saporito** may appear on behalf of **Booz Allen Hamilton Inc.** in the above case.

IT IS FURTHER ORDERED that **Holly Hawkins Saporito**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of **October** _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE