**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**BOOZ ALLEN HAMILTON INC.**<br><br>　　　　**Defendant.** | **Civ. No. 6:20-cv-00609-ADA**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Virtual Immersion Technologies LLC ("Plaintiff") hereby dismisses this action without prejudice. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Booz Allen Hamilton Inc. ("Defendant") has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated:  October 13, 2020 | */s/ Alex Chan* <br> Alex Chan (Texas Bar No. 24108051) <br> achan@devlinlawfirm.com <br> Timothy Devlin (*pro hac vice* to be filed) <br> tdevlin@devlinlawfirm.com <br> Patrick R. Delaney (*pro hac vice* to be filed) <br> pdelaney@devlinlawfirm.com <br> Cory Edwards (*pro hac vice* to be filed) <br> cedwards@devlinlawfirm.com <br> 1526 Gilpin Ave. <br> Wilmington, Delaware 19806 <br> Telephone: (302) 449-9010 <br> Facsimile: (302) 353-4251 <br> <br> *Attorneys for Plaintiff Virtual Immersion Technologies LLC* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 13, 2020 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alex Chan*
Alex Chan