IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BOOZ ALLEN HAMILTON INC.**<br><br>**Defendant.** | Civ. No. 6:20-cv-00609-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), recognizing the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiff Virtual Immersion Technologies LLC, it is:

ORDERED that the claims and causes of action asserted between Plaintiff Virtual Immersion Technologies LLC and Defendant Booz Allen Hamilton Inc. hereby are dismissed without prejudice; and

ORDERED that the parties shall bear their own attorney's fees, expenses, and costs.

                                                                                Alan D. Albright, Judge
                                                                                United States District Court
                                                                                Western District of Texas